IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION *et al.*, <br><br> *Defendants*. | Case No. 6:24-cv-271-ADA-DTG |

**CONSENT MOTION FOR EXTENSION OF TIME TO REPLY**

Defendants respectfully move for an extension of time to file their reply in support of their cross-motion for summary judgment by 14 days, to October 2, 2024. Good cause supports Defendants' request to extend the September 18, 2024, deadline set forth in the parties' joint scheduling motion, ECF No. 23. The parties' briefs address Plaintiffs' multiple claims under the Administrative Procedure Act, Regulatory Flexibility Act, and U.S. Constitution, as well as Defendants' jurisdictional arguments. Moreover, undersigned counsel is currently handling several other unanticipated matters on an expedited basis. The requested extension would enable counsel to prepare a more comprehensive reply brief in this case while handling these competing obligations.

Counsel for the government conferred with counsel for Plaintiffs, who advised that Plaintiffs consent to the requested extension.

For these reasons, Defendants respectfully request that the Court extend their reply deadline to October 2, 2024.

| | |
|---|---|
| Dated: September 4, 2024 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>JULIE STRAUS HARRIS<br>Assistant Director<br><br>*/s/ Christine L. Coogle*<br>Christine L. Coogle<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, D.C. 20005<br>202-880-0282<br>christine.l.coogle@usdoj.gov<br><br>*Counsel for Defendants* |