# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION *et al.*,<br><br>*Defendants*. | No. 6:24-cv-271-ADA-DTG |

### [PROPOSED] ORDER

The Court, having considered Defendants' Consent Motion for Extension of Time to Reply, and for good cause shown, hereby **GRANTS** the motion.

Defendants shall file a reply brief in support of their cross-motion for summary judgment no later than October 2, 2024.

**IT IS SO ORDERED**.

**SIGNED** this _____ day of _____ 2024.

Alan D. Albright<br>
United States District Judge
