# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GREATER WACO CHAMBER OF COMMERCE, LONGVIEW CHAMBER OF COMMERCE, NATIONAL ASSOCIATION OF CHEMICAL DISTRIBUTORS D/B/A ALLIANCE FOR CHEMICAL DISTRIBUTION, ASSOCIATED BUILDERS AND CONTRACTORS, INC., ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INTERNATIONAL FRANCHISE ASSOCIATION INC., INTERNATIONAL WAREHOUSE LOGISTICS ASSOCIATION, NATIONAL ASSOCIATION OF MANUFACTURERS, NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS, NATIONAL FEDERATION OF INDEPENDENT BUSINESS, INC., NATIONAL RETAIL FEDERATION, <br><br> *Plaintiffs,* <br> *v.* <br><br> OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES DEPARTMENT OF LABOR, JULIE A. SU, in her official capacity as Acting Secretary of Labor, and DOUGLAS L. PARKER, in his official capacity as Assistant Secretary of Labor for Occupational Safety and Health, <br><br> *Defendants.* | No. 6:24-cv-00271-ADA-DTG <br><br> **UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF BRETT A. SHUMATE AND SUBSTITUTE COUNSEL** |

Pursuant to Local Rule AT-3, Plaintiffs submit this unopposed motion to withdraw Brett A. Shumate as *Pro Hac Vice* counsel in this matter. Mr. Shumate is leaving Jones Day, and Plaintiffs respectfully request that he be withdrawn as counsel.

Plaintiffs also ask the Court to grant the substitution of the following counsel:

Anthony J. Dick
ajdick@jonesday.com
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
(202) 879-7679

Copies of all notices and pleadings in this action should be provided to and served upon Anthony Dick of Jones Day.

Plaintiffs will continue to be represented by co-counsel listed below. The withdrawal and substitution will not prejudice any party to this matter, and will not require the adjustment of any case deadlines. And this motion is unopposed.

WHEREFORE, Plaintiffs respectfully move this Court to enter an Order granting leave for Mr. Shumate to withdraw as counsel for Plaintiffs and granting the substitution of Mr. Dick as counsel for Plaintiffs.

Dated: January 16, 2025	Respectfully submitted,

/s/ *Brett A. Shumate*

Noel J. Francisco
  (D.C. Bar No. 286666) (*pro hac vice*)
Brett A. Shumate
  (D.C. Bar No. 974673) (*pro hac vice*)
Anthony J. Dick
  (D.C. Bar No. 1015585)
  (*pro hac vice to be filed*)
Charles E.T. Roberts
  (W.D. Tex. Bar No. 326539)
  (D.C. Bar No. 1780573)
Louis J. Capozzi III
  (D.C. Bar No. 90018764) (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939

Jonathan D. Guynn
  (Texas Bar No. 24120232)
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Telephone: (214) 969-3793

*Counsel for Plaintiffs*

Jordan L. Von Bokern
  (D.C. Bar No. 1032962) (*pro hac vice*)
Maria C. Monaghan
  (D.C. Bar No. 90002227) (*pro hac vice*)
U.S. Chamber Litigation Center
1615 H Street, N.W.
Washington, D.C. 20062

*Counsel for the Chamber of Commerce of the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

/s/ *Brett A. Shumate*
Brett A. Shumate