**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

|  |  |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GREATER WACO CHAMBER OF COMMERCE, LONGVIEW CHAMBER OF COMMERCE, NATIONAL ASSOCIATION OF CHEMICAL DISTRIBUTORS D/B/A ALLIANCE FOR CHEMICAL DISTRIBUTION, ASSOCIATED BUILDERS AND CONTRACTORS, INC., ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INTERNATIONAL FRANCHISE ASSOCIATION INC., INTERNATIONAL WAREHOUSE LOGISTICS ASSOCIATION, NATIONAL ASSOCIATION OF MANUFACTURERS, NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS, NATIONAL FEDERATION OF INDEPENDENT BUSINESS, INC., NATIONAL RETAIL FEDERATION, | No. 6:24-cv-00271 **PROPOSED ORDER** |

*Plaintiffs,*

    *v.*

OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES DEPARTMENT OF LABOR, KEITH E SONDERLING, in his official capacity as Acting Secretary of Labor, and DAVID KEELING, in his official capacity as Assistant Secretary of Labor for Occupational Safety and Health,

*Defendants.*

## **[PROPOSED] ORDER**

On this date, the Court considered the Joint Motion to Enter Amended Scheduling Order. After considering the Motion, it is hereby ORDERED that the Motion be GRANTED and the pending cross-motions for summary judgment are taken under consideration for resolution on the briefs.

SO ORDERED and SIGNED this _____ day of _____, 2026.

_____

Hon. Christopher R. Wolfe
United States District Judge