UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, GREATER WACO CHAMBER OF COMMERCE, LONGVIEW CHAMBER OF COMMERCE, NATIONAL ASSOCIATION OF CHEMICAL DISTRIBUTORS D/B/A ALLIANCE FOR CHEMICAL DISTRIBUTION, ASSOCIATED BUILDERS AND CONTRACTORS, INC., ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INTERNATIONAL FRANCHISE ASSOCIATION INC., INTERNATIONAL WAREHOUSE LOGISTICS ASSOCIATION, NATIONAL ASSOCIATION OF MANUFACTURERS, NATIONAL ASSOCIATION OF WHOLESALER DISTRIBUTORS, NATIONAL FEDERATION OF INDEPENDENT BUSINESS, INC., NATIONAL RETAIL FEDERATION,<br><br>Plaintiffs,<br><br>v.<br><br>OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES DEPARTMENT OF LABOR, KEITH E SONDERLING, in his official capacity as Acting Secretary of Labor, and DAVID KEELING, in his official capacity as Assistant Secretary of Labor for Occupational Safety and Health,<br><br>Defendants. | 6:24-cv-00271 |

**ORDER**

Before the Court is the Joint Motion to Enter Amended Scheduling Order (Dkt. No. 63.) After considering the Motion, it is hereby ORDERED that the Motion be GRANTED and the pending cross-motions for summary judgment are taken under consideration for resolution on the briefs.

So ordered on July 15, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE